UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
ALBUQUERQUE DIVISION

| | | |
|---|---|---|
| KAREN TEMPLETON,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK J. BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 1:25-cv-01046-JHR |

**ORDER**

Comes now Plaintiff, by counsel, having filed the unopposed Motion for an award of attorney fees to be paid by the defendant pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d); AND THE COURT, having been duly advised in the premises and having examined said Motion, now finds that the same should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that Plaintiff be Awarded in the amount of $1,108.80 under the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412(d). This award of attorney fees and costs will satisfy all claims under EAJA. After the Court enters the award, if counsel for Defendant can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant will direct that such an award be made payable to Plaintiff's attorney.

ALL OF WHICH IS ORDERED, ADJUDGED AND DECREED by the Court this 21st day of September 2026.

JUDGE JERRY H. RITTER

Distribution to all registered counsel of record via CM/ECF.